**Michael Ray WILLIAMS, Plaintiff—Appellant,**

v.

**Theodis BECK, Secretary of Corrections; Boyd Bennett, Director of Prisons; John and Jane does, Utilization Review Board; Curtis Bowe, P.A.; Marvin L. Polk; Paula Smith, Defendants—Appellees.**

No. 03–7700.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 19, 2004.

Decided Feb. 26, 2004.

Michael Ray Williams, Appellant pro se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael Ray Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Beck*, No. CA–03–708–5–FL (E.D.N.C. Oct. 1, 2003). We dispense with oral argu-

ment because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*